# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

September 16, 2009

Honorable Peter G. Sheridan
United States District Judge
Clarkson S. Fisher Federal Court House
402 East State Street
Trenton, New Jersey 08608

**Re: United States v. Johnny Sanchez**
**Criminal No. 09-440-01 (PGS)**

Dear Judge Sheridan:

Please accept this letter as a request for an adjournment of the sentencing that is scheduled for Monday, September 21, 2009 in the above-referenced case. The reason for the adjournment is that I received the final version of the Presentence Report today and Mr. Sanchez's Criminal History Category has been increased from Category III to Category IV. Also, the Probation Department is not crediting Mr. Sanchez a 2-level reduction for having accepted responsibility by pleading guilty and admitting each and every element of the offense.

For the above reasons, I respectfully request a brief adjournment to permit me to file a letter brief in support of these objections. Your Honor's thoughtful consideration in this matter is appreciated.

Respectfully submitted,

/s/ Donald J. McCauley
Assistant Federal Public Defender

cc: Andre Espinosa, Esq
    Assistant U.S. Attorney

SO ORDERED: [signature]
DATED: 9/16/09

Case 2:09-cr-00440-PGS   Document 15   Filed 09/16/2009   Page 2 of 2