# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America,                Cr. 09-440 (PGS)

   v.                                          O R D E R

Johnny Sanchez

   Defendant

It is on this 6th day of October, 2009,

It is ordered the Mr. Johnny Sanchez sentenced to time served for reasons expressed on the record.

*[signature]*

PETER G. SHERIDAN, U.S.D.J.